UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



FILED by ___ D.C.
JAN 30 2001
CLARENCE MADDOX
CLERK U S DIST. CT.
S.D. OF FL.

| | |
|---|---|
| ELAN CORPORATION, PLC )<br>   Plaintiff )<br>vs. )<br>ANDRX PHARMACEUTICALS, INC )<br>   Defendant ) | 98-7164-CIV-JORDAN |
| ELAN CORPORATION, PLC )<br>   Plaintiff )<br>vs. )<br>ANDRX PHARMACEUTICALS, INC )<br>   Defendant ) | 00-7057-CIV-JORDAN |

## ORDER

Elan's motion in limine to preclude Andrx from introducing the trial testimony of James Costigan, Esq. [D.E. 182] is GRANTED IN PART, and DENIED IN PART. To the extent that Mr. Costigan's anticipated testimony goes to the substantive merits of whether or not the '320 patent is valid, Elan's motion is GRANTED due to Andrx's failure to comply with expert disclosure requirements. To the extent that Mr. Costigan is called on to testify as to the willfulness of Andrx's alleged willful infringement, Elan's motion is DENIED. *See Graco, Inc. v. Binks Manufacturing Co.*, 60 F.3d 785, 792-93 (Fed. Cir. 1995); *Ortho Pharmaceutical Corp. v. Smith*, 959 F.2d 936, 944 (Fed. Cir. 1992). *See also Mars, Inc. v. Conlux USA Corp.*, 28 U.S.P.Q.2d 1161, 1170-71 (D. Del. 1993); *Amsted Industries Inc. v. National Castings, Inc.*, 1990 WL 106548, at *3-7 (N.D. Ill. July 11, 1990). I understand that under the facts of this case, a fine line exists between permissible and impermissible testimony, and at times that line may become completely blurred. During trial, I will resolve doubts in favor of admissibility. The parties will be permitted to argue the proper application of the proffered testimony in their post-trial submissions.

FEB - 1 2001

Rec'd in MIA Dkt _____

DONE and ORDERED in chambers in Miami, Florida, this 30th day of January, 2001.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:   Liam O'Grady, Esq., James Monroe, Esq., Michael Flibbert, Esq., Walter Brown, Esq. and Jarmes R. Barney, Esq. (fax: 202-408-4400)
Steven Peretz, Esq. and Terri Myers, Esq. (fax: 305-379-3428)
Gerald Houlihan, Esq. (fax: 305-460-4099)
James Costigan, Esq., Alan Clement, Esq. and Martin Endres, Esq. (fax: 212-302-8998)